IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DANNY ADAMS,

    Plaintiff,

v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

    Defendant.

ORDER

17-cv-198-wmc

Pursuant to a joint motion for remand (dkt. #15) filed by the parties on October 18, 2017, IT IS HEREBY ORDERED that this matter is REMANDED to the Commissioner pursuant to sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g) for further proceedings as set forth in that stipulation. The clerk of court is directed to enter judgment accordingly.

Entered this 19th day of October, 2017.

BY THE COURT:

/s/
_____
WILLIAM M. CONLEY
District Judge